**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. _____26-mj-8083-BER_____

**UNITED STATES OF AMERICA**

**v.**

**CURTIS LAMONT ADKINS,**

       **Defendant.**

_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?  No

3. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?   No

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?   No

Respectfully submitted,

JASON A READING QUIŇONES
UNITED STATES ATTORNEY

By:     *Adam C. McMichael*
      _____

Adam C. McMichael
Assistant United States Attorney
Southern District of Florida
FL Bar No. 0772321
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401
(561 201-1040
Adam.mcmichael@usdoj.gov

AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

|  |  |
|---|---|
| United States of America | ) |
| v. | ) |
|  | ) |
| Curtis Lamont Adkins | ) Case No.   26-mj-8083-BER |
|  | ) |
|  | ) |

_Defendant(s)_

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 29, 2026 _____ in the county of _____ Palm Beach _____ in the _____ Southern _____ District of _____ Florida _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1594(a), 1591(a)(1) and 1591(b)(2) | Attempted Sex Trafficking of a Child |

FILED BY_____*TM*_____D.C.

*Jan 30, 2026*

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

STEVANY A SHAKARE
Digitally signed by STEVANY A SHAKARE
Date: 2026.01.30 03:25:50 -05'00'

_Complainant's signature_

Stevany Shakare, Special Agent HSI

_Printed name and title_

Sworn to before me and signed in my presence.

Digitally signed by Bruce E. Reinhart
Date: 2026.01.30 09:32:58 -05'00'

_Judge's signature_

Date: _____ 01/30/2026 _____

City and state: _____ West Palm Beach, Florida _____

Bruce E. Reinhart, U.S. Magistrate Judge

_Printed name and title_

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Stevany Shakare, having been duly sworn, hereby depose and state:

## AGENT BACKGROUND

1.        I am a Special Agent with Homeland Security Investigations (HSI), Department of Homeland Security, where I have been employed since June of 2022. I am currently assigned to the Assistant Special Agent in Charge (ASAC) Office in West Palm Beach, Florida, within the Special Victims Group. Prior to joining HSI, I served as a federal agent with the United States Border Patrol for approximately five years.

2.        In my current assignment, I investigate violations of federal law related to human trafficking, including sex trafficking and labor trafficking, as well as crimes involving the sexual exploitation of children. These investigations include but are not limited to, offenses involving the recruitment, harboring, transportation, provision, and obtaining of individuals for labor or commercial sex acts, offenses involving the production, distribution, and possession of child sexual abuse material (CSAM), online exploitation of minors, and violations of Title 18, United States Code, including Section 1589, 1591, 1594, 2251, 2252, 2252A, and 2422.

3.        I have received training from the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia, and additional specialized training related to investigations involving human trafficking and crimes against children. I am also a member of the South Florida Internet Crimes Against Children (ICAC) Task Force and serve as a Task Force Officer with the Palm Beach County Sheriff's Office (PBSO) Human Exploitation and Trafficking Unit (HEAT).

4.        This affidavit is submitted in support of a criminal complaint and arrest warrant charging **Curtis Lamont Adkins** (hereinafter "ADKINS") with Attempted Sex Trafficking of a Child, in violation of 18 U.S.C. §§ 1594(a), 1591(a)(1) and 1591(b)(2).

5.      This affidavit is based on my firsthand knowledge of the investigation as well as information obtained from other members of law enforcement involved in the investigation.  This affidavit does not include every fact known to me about the investigation, but rather only those facts I believe are sufficient to establish probable cause.

## STATEMENT OF FACTS

6.      Beginning in January 2026, law enforcement agents posted an advertisement (the "Advertisement") on a website commonly used to advertise commercial sex acts.[1]   The Advertisement indicated that the poster was in the area of West Palm Beach. The Advertisement contained images of what appeared to be a young female and the following language

> Sweet Petite Treat **Incall Only**
> I AM A WOMAN seeking men only
> Experienced and FUN! Ready Now!
> No games!! 420 Friendly!
> No Cops!  No deposits!
> Text or Call

7.      The Advertisement indicated that the person who would perform commercial sex acts was 51 years old.[2]   The Advertisement also contained a contact phone number (the "Advertisement Number").  Law enforcement agents monitored this line, and an undercover agent ("UC1") used it to communicate with potential sex buyers.

8.      On or about January 29, 2026, the Advertisement Number received a text message

---

[1]      Based on my training and experience, I know that the Internet is a global network of computers, which is a mean and facility of interstate commerce.  I also know that the website on which the Advertisement was posted is maintained by an entity that is located outside of the United States, and the advertisements posted on that website are viewable outside of Florida.

[2]      The law enforcement agents used a website that is known for containing prostitution advertisements but requires users to be at least 18 years old.  Based on my training and experience, I know that this website and other like it have been used by traffickers to advertise the commercial sex acts of children under the age of 18.

from a phone number ending in 9182 (later identified as "ADKINS"") that stated "Evening gorgeous I'm interested in a meetup. Are you available. Thereafter, UC1 and the ADKINS engaged in a text conversation as contained in the below chart.[3] It should be noted that during the text conversation, UC1 stated that he/she had a minor girl, age 15 years old, available to perform sex acts in exchange for money. ADKINS, using the 9182 Number, agreed to pay $120 for a QV[4] to have sex with the fictitious 15-year-old girl.

| Direction | Content |
|---|---|
| ADKINS | Evening gorgeous I'm interested in a meetup. Are you available |
| UC1 | Hey babe shes available |
| ADKINS | What are your donations |
| UC1 | Qv 120 |
| UC1 | shes young babe |
| ADKINS | How young |
| UC1 | 15 babe |
| ADKINS | Damn |
| UC1 | shes not everyone flavor babe all good |
| ADKINS | No police right? |
| UC1 | hell no babe are u? |
| UC1 | i can get in trouble for this |
| ADKINS | No baby I'm not the police |
| ADKINS | What's the address |
| UC1 | we will need to video verify babe? |
| ADKINS | Whatsapp |
| ADKINS | Video call Whatsapp??? |

---

[3]     Named and specific locations have been omitted to protect the investigation.

[4]     QV is a common term used in commercial sex to mean "Quick Visit" or sex act lasting approximately fifteen minutes.

3

| Direction | Content |
|---|---|
| UC1 | yeah babe i can call u in a  minute |
| ADKINS | ******8695 |
| UC1 | hey babe just come to Northlake and Military and I will give u the address when ur close |
| ADKINS | Cashapp??? |
| UC1 | thank u for being so sweet some dudes are A holes 🙄 |
| UC1 | i prefer cash but if thats all u got we can figure it out when ur here |
| ADKINS | You're welcome boo |
| ADKINS | Damn boo honestly I just don't feel right. She's only 15 & I just got out of prison from doing 20. I can't afford to get caught up no kinda way. So damn I really wanted to see her, but with her age they gonna throw my ass under the jail. |
| UC1 | its cool babe we are here if u decide to come |
| ADKINS | Hey boo you promise there's no police involved with her |
| UC1 | babe i can also be buried under the prison thats why i needed to confirm who u were babe |
| ADKINS | Ok I'm on my way. I'm from Miami where exactly is northlake |
| UC1 | werent u in boynton? |
| ADKINS | What exit I get off on 95? |
| UC1 | now u making me nervous babe u sure u aint police |
| UC1 | Northlake |
| ADKINS | Yes I'm in Boynton at release program |
| ADKINS | I'm not the police boo. I just got out of prison |
| ADKINS | I'm here on work release |
| UC1 | ok babe |
| UC1 | u get out on northlake and head to military |
| ADKINS | Aight I'm on my way |
| UC1 | ok babe let me know when ur there i will text u the address |
| ADKINS | And the girls is not affiliated with the police right. Forgive me, but I just have to be careful |
| UC1 | no babe its cool i get it and no she is not love |
| ADKINS | Aight I'm on 95 now |

4

| Direction | Content |
|-----------|---------|
| UC1 | ok babe |
| ADKINS | I'm at northlake ext |
| ADKINS | You there boo |
| UC1 | ok babe |
| UC1 | [address omitted] |
| UC1 | [address omitted] sorry |
| ADKINS | You're at a store |
| UC1 | naw babe im across the street |
| UC1 | i was waiting for u to get closer to give u my address |
| UC1 | meet me at [location omitted] i will walk over to get u |
| UC1 | its right across the street from the store babe |
| ADKINS | I'm spooking now |
| UC1 | thats cool babe i need to protect myself also |
| UC1 | i'm just as nervous as u babe |
| ADKINS | I'm lost in these trailer homes |
| UC1 | go to the clubhouse |
| UC1 | i live across the street from the clubhouse |
| UC1 | u here babe? |
| ADKINS | Which one is the clubhouse |
| UC1 | there is a big building with a parking lot i will come out what u driving |
| ADKINS | A Blu e Toyota |
| UC1 | coming out babe |
| UC1 | i dont see u |

9.    In addition to the text messages, a WhatsApp video call occurred between UC1 and ADKINS. During the video call, ADKINS used a different phone number ending in 8695. During the WhatsApp video call, UC1 told ADKINS that the girl performing commercial sex acts was 15 years old. ADKINS and UC1 agree to "just sex," and ADKINS said he can get a condom.

5

10.     Shortly thereafter, ADKINS arrived at a pre-determined location in the greater West Palm Beach area.  ADKINS was driving a blue Toyota SUV that is registered to him in Florida Driver and Vehicle Information Database. Upon ADKINS's arrival, law enforcement officers who were set up nearby arrested ADKINS. During the course of the arrest, law enforcement used less than lethal munitions in order to prevent ADKINS from fleeing the scene. During the arrest, ADKINS was observed throwing (2) two cell phones under the driver seat of his vehicle.  Both cellphones were later seized by law enforcement and an agent called the 8695 number and observed that one of the cell phones rang. The other cell phone that did not ring but was observed having the GPS directions of the meeting location on the screen.

11.     ADKINS was transported to a different location where he was interviewed. During a post-arrest interview, ADKINS was advised of his *Miranda* rights and agreed to speak with law enforcement. The interview was recorded on a body worn camera device.

12.     During his interview, ADKINS stated that he was in the area to meet a friend and to meet up with women and have sex with them. ADKINS admitted that he previously paid sex workers for sex approximately four times in the past. ADKINS stated that he did not have cash on him and when asked how he was going to pay for the commercial sex, he stated that he would pay using his Chase Bank debit card. When asked if he had any condoms with him, ADKINS stated that he did not but was going to buy them.

13.     After being confronted with evidence of the crime, ADKINS changed his story. ADKINS then stated that he found the advertisement on a website and acknowledged the chat between him and UC1. ADKINS stated that although he was told the female he was coming to have sex with was fifteen years old, he was not planning on having sex with her but had instead planned to convince the older female to have sex with him (referring to UC1). When questioned

6

about the inconsistencies between his statements and the chats with UC1, ADKINS insisted that

he was there to pay for sex with the adult female and not the minor female.

### CONCLUSION

14.     Based on the foregoing, I respectfully submit that there is probable cause to support

a criminal complaint charging ADKINS with Attempted Sex Trafficking of a Child, in violation

of 18 U.S.C. §§ 1594(a), 1591(a)(1) and 1591(b)(2).


FURTHER YOUR AFFIANT SAYETH NAUGHT.


STEVANY A SHAKARE

Digitally signed by STEVANY A
SHAKARE
Date: 2026.01.30 03:28:07 -05'00'

Stevany Shakare, Special Agent
Homeland Security Investigations


Sworn and attested to me by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d)
and 4.1 this 30th day of January 2026.

Digitally signed
by Bruce E.
Reinhart
Date: 2026.01.30
09:33:20 -05'00'

HON. BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA

7

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

<u>PENALTY SHEET</u>

**Defendant's Name**:   <u>CURTIS LAMONT ADKINS</u>

**Case No**: _____

Count #:

<u>Attempted Sex Trafficking of a Child</u>

<u>18 U.S.C. §§ 1594(a), 1591(a)(1) and 1591(b)(2)</u>
\* **Max. Term of Imprisonment:** life
\* **Mandatory Min. Term of Imprisonment (if applicable):** 10 years
\* **Max. Supervised Release:** Minimum 5 years to life term
\* **Max. Fine:  $250,000**
\* **Special Assessment:** $100.00

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**